# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 4:08CR356** |
| | ) | |
| **PLAINTIFF** | ) | **JUDGE PETER C. ECONOMUS** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **JUAN PINA-TRUJILLO,** | ) | **ORDER** |
| | ) | |
| **DEFENDANT.** | ) | |

This matter is before the Court upon Defendant Juan Pina-Trujillo's ("Defendant") Motions for Continuance of Trial and Pretrial. (Dkt. # 11, 12). In said motions, counsel for Defendant represents that additional time is necessary to attempt to resolve this matter without the need for trial.

After full consideration of the factors set forth in 18 U.S.C. § 3161(h)(8)(B), this Court finds that delay is appropriate to allow counsel to properly prepare for trial. Therefore, the ends of justice served by the granting of the continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Accordingly, this Court hereby **GRANTS** Defendant's motions (Dkt. # 11, 12) and continues the **TRIAL** to December 2, 2008, at 8:30a.m. The final pre-trial conference shall be held on November 17, 2008, at 1:30p.m.

**IT IS SO ORDERED**.

      **s/ Peter C. Economus - October 22, 2008**
      **PETER C. ECONOMUS**
      **UNITED STATES DISTRICT JUDGE**